

FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8777

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Demetrio Miguel SOSA, | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

On or about August 25, 2008, within the Southern District of California, defendant Demetrio Miguel SOSA, did knowingly and intentionally import approximately 5.62 kilograms (12.36 pounds) of methamphetamine, a Schedule II Controlled Substance into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 26th DAY OF AUGUST, 2007.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
         v.
Demetrio Miguel SOSA

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On August 25, 2008, Demetrio Miguel SOSA (SOSA) made entry into the United States from Mexico through the Calexico, California, west port of entry. SOSA was the sole occupant and driver of a Ford utility vehicle.

Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) J. Jones was conducting pre-primary operations when SOSA made entry into the United States. CEO Jones' Narcotic Detector Dog (NDD) alerted to the odor of a controlled substance in the area of the Ford. CBPO M. Gastelum received a negative Customs declaration from SOSA. CBPO Gastelum escorted SOSA to secondary.

In secondary, CBPO L. Ledbetter continued the inspection of SOSA. A search of the Ford revealed seven (7) packages containing crystalline powder. A sample of the powder field-tested positive for methamphetamine. The combined weight of the packages was 5.62 kilograms (12.36 pounds).

Special Agent (S/A) Timothy Henderson interviewed SOSA. S/A Henderson read SOSA his constitutional rights per Miranda in English. SOSA waived his rights, agreeing to make a statement.

SOSA stated the he believed that an unknown controlled substance was in the Ford. SOSA stated he was to be paid to drive the to an unknown location within California.