1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Stephen_Demik@fd.org

5 Attorneys for DEMETRIO MIGUEL SOSA

6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   CASE NO. 08MJ8777
                                    )
11           Plaintiff,              )
                                    )
12 v.                                )
                                    )   **NOTICE OF APPEARANCE**
13 DEMETRIO MIGUEL SOSA             )
                                    )
14 ,                                 )
                                    )
15           Defendant.              )

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19 attorney in the above-captioned case.

20                                           Respectfully submitted,

21

22 Dated: August 28, 2008              /s/ *STEPHEN D. DEMIK*
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Defendant
23                                     Stephen_Demik@fd.org

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: August 28, 2008

/s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)

2